

# IN THE COURT OF CRIMINAL APPEALS
# OF TEXAS

### NO. PD-0115-24

### MARIO ISABEL VENTURA LOPEZ, Appellant

### v.

### THE STATE OF TEXAS

### ON APPELLANT'S PETITION FOR DISCRETIONARY REVIEW
### FROM THE FIRST COURT OF APPEALS
### HARRIS COUNTY

*Per curiam.* NEWELL, J., dissented.

### O P I N I O N

We granted Appellant's petition for discretionary review to determine whether the court of appeals can recalculate court costs without remanding the case to the trial court for an ability-to-pay inquiry.  Having examined the record and briefs, we conclude that our decision to grand review was improvident.  We therefore dismiss Appellant's petition for discretionary review as improvidently granted.

Delivered: November 27, 2024

Do Not Publish